# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CIVIL ACTION NO: 5:20-CV-192-KDB-DSC

| | |
|---|---|
| **C.G.A., by and through his parent and guardian R.A., and R.A. individually,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**IREDELL-STATESVILLE SCHOOL DISTRICT BOARD OF EDUCATION et al.,** )<br>)<br>**Defendants.** ) | **STIPULATED CONSENT ORDER FOR RELEASE OF CRIMINAL RECORDS** |

Plaintiffs, Defendants, and the Iredell County Sheriff's Office consent to the release of criminal records from the Iredell County Sheriff's Office Incident Report Number 19-04198 pursuant to N.C. Gen. Stat. § 132-1.4(a).

IT IS THEREFORE ORDERED:

1. Records released by the Iredell County Sheriff's Office are governed by the terms outlined in this Court's October 28, 2022 Consent Protective Order.

2. The Iredell County Sheriff's Office will release any and all records in its possession related to the criminal investigation of Incident Report Number 19-04198 to Plaintiffs and Defendants.

3. That all documents and information relating to Incident Report Number 19-04198 including information about Plaintiff C.G.A., Defendant Robin Johnson, and other third parties which are provided by the Iredell County Sheriff's Office or its agents, attorneys, or employees to any party as part of discovery in the above-captioned case shall be covered by the terms of this Order and the October 28, 2022 Consent Protective Order. Such

documents shall be deemed confidential without any further action by any party unless the parties or attorneys mutually agree that any particular document or item of information is expressly designated as non-confidential. Confidential documents shall not include documents obtained by the parties under the North Carolina Public Records Act, N.C. Gen. Stat. Chapter 132.

4. The Iredell County Sheriff's Office will label released documents: "Confidential - Subject to Protective Order." Each party retains the right to challenge the confidential designation of any particular document and to have the Court determine its proper designation.

**ORDERED**.

Signed: January 17, 2023

David S. Cayer
United States Magistrate Judge

AGREED TO:

GAHAGAN PARADIS, PLLC

*/s/ Stacey M. Gahagan*
*Attorney for Plaintiff*

THARRINGTON SMITH, L.L.P.

*/s/ Lindsay Vance Smith*
*Attorney for Defendant Iredell-Statesville Board of Education*

BELL, DAVIS & PITT P.A.

*/s/ Stuart L. Brooks*
*Attorney for Defendant Robin Johnson*

IREDELL COUNTY SHERIFF'S OFFICE

*/s/ Adam L. Dillard*
*Attorney for the Iredell County Sheriff's Office*