IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00192-KDB-SCR

| | |
|---|---|
| R.A.,<br><br>**Plaintiff,**<br><br>v.<br><br>**IREDELL-STATESVILLE SCHOOL DISTRICT BOARD OF EDUCATION, ET AL.,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on Defendants Brady Johnson, Alvera Lesane, Rhonda McClenahan, and Alisha Cloer (hereinafter "School Officials")'s Motions to Dismiss (Doc. Nos. 109, 111). In accordance with the MANDATE of the United States Court of Appeals for the Fourth Circuit, Doc. No. 144, these Defendants' Motions to Dismiss are **GRANTED**, and Plaintiff's state law claims against the School Officials are **DISMISSED**.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: January 4, 2025

Kenneth D. Bell
United States District Judge