IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No: 5:20-cv-192

| | |
|---|---|
| C.G.A ("G.A."), by and through his Parent and guardian, R.A., and R.A. Individually,<br><br>PLAINTIFFS,<br><br>v.<br><br>IREDELL-STATESVILLE SCHOOL DISTRICT BOARD OF EDUCATION, et al.,<br><br>DEFENDANT. | **JOINT MOTION FOR APPROVAL OF MINOR SETTLEMENT** |

NOW COME Plaintiffs, minor G.A., by parent and guardian Margaret Renee Thompson (also referred to as Renee Andrews or Renee McCraven, hereinafter "Renee Andrews"), Renee Andrews individually, and Drew Haywood as Guardian ad Litem for G.A., and Defendant Iredell-Statesville School District Board of Education, and jointly move the Court for an Order approving the proposed minor settlement reached in this matter. In support of this Motion, the Parties show unto the Court:

1. Settlement has been reached with regard to all claims in this matter, as indicated by the supporting settlement documents. The proposed settlement document is attached as Exhibit A.

2. Plaintiffs seek to file a notice of dismissal of this case if the Court approves the minor settlement.

3. The parties respectfully submit that the settlement reached is fair and reasonable, and in the best interests of the minor child, G.A.

4. The dismissal of the case and settlement will have the effect that G.A. and his parent, Renee Andrews, cannot bring claims against Defendant that were or could have been brought in this matter.

5. Plaintiffs agree the provision of the monetary and non-monetary terms outlined in the settlement agreement justifies the termination of continuing this lawsuit to avoid protracted litigation.

WHEREFORE, the undersigned respectfully requests that the Court issue an Order approving the proposed minor settlement with regard to minor plaintiff, G.A.

Respectfully submitted this is the __15th__ day of December, 2025.

/s/ Stacey M. Gahagan
Stacey M. Gahagan
Gahagan Paradis, PLLC
Attorney for Plaintiffs
N.C. State Bar No. 44393
3326 Durham Chapel Hill Boulevard
Suite 210-C
Durham, NC 27707
(919) 942-1430
Email: sgahagan@ncgplaw.com

/s/ David B. Noland
David B. Noland
N.C. State Bar No. 53229
Tharrington Smith, PLLC
Attorney for Defendant
150 Fayetteville Street, Suite 1900
Post Office Box 1151
Raleigh, NC 27602-1151
(919) 821-4711
Email: dnoland@tharringtonsmith.com

# CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing **JOINT MOTION FOR APPROVAL OF MINOR SETTLEMENT** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such to the attorney of record as listed:

David Noland
Tharrington Smith, L.L.P.
150 Fayetteville Street, suite 1900
P.O. Box 1151
Raleigh, NC 27602
dnoland@tharringtonsmith.com
*Counsel for Defendant*

This the  15th  day of December, 2025.

/s/ Stacey M. Gahagan

Stacey M. Gahagan