IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00192-KDB-SCR

| | |
|---|---|
| R.A. AND G.A.<br><br>**Plaintiffs,**<br><br>v.<br><br>IREDELL-STATESVILLE SCHOOL DISTRICT BOARD OF EDUCATION, AND ROBIN JOHNSON,<br><br>**Defendants.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on Plaintiffs', Guardian ad Litem for G.A.'s, and Defendants' (the "Parties") Joint Motion for Approval of Minor Settlement (Doc. No. 156). Having reviewed the Parties' Joint Motion for Approval of Minor Settlement, the Settlement Agreement, and Plaintiffs' Notice of Support for Attorney Fees (Doc. No. 157), the Court finds:

1. The Parties reached a settlement agreement, which was filed with the Court as an attachment to the Joint Motion for Approval of Minor Settlement.
2. The Parties agree the settlement reached is fair and reasonable, and in the best interests of the minor child, G.A.
3. The Court has conducted a hearing and now finds that the settlement is fair, reasonable, and in the best interests of the minor.
4. Therefore, Plaintiffs may dismiss this matter.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: January 12, 2026

Kenneth D. Bell
United States District Judge